■ In the Matter of RUBY R., an Infant. YATES COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; THOMAS R., Appellant. (Appeal No. 1.) [833 NYS2d 422]—Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.), entered March 9, 2006 in a proceeding pursuant to Family Court Act article 10. The order, among other things, released the child to the sole custody of her mother subject to a custody proceeding and ordered respondent to undergo psychological and psychiatric examinations.

the Family Court, Yates County (W. Patrick Falvey, J.), entered March 9, 2006 in a proceeding pursuant to Family Court Act article 10. The order, among other things, directed respondent to stay away from his child through February 27, 2007.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Tanya R.B. v Darren W.*, 254 AD2d 813 [1998]). Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ.